UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Catherine Oechsle

Case No.: 19-26646
Chapter: 7
Judge: KCF

**NOTICE OF PROPOSED ABANDONMENT**

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson, U.S.B.J.__ on __November 19, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 702 Rancocas Avenue, Hainesport, New Jersey valued at $250,000.00

Liens on property: JD Wentworth Home Lending, $351,200.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Catherine R. Oechsle
    Debtor

Case No. 19-26646-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Oct 21, 2019
Form ID: pdf905    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2019.
```
db              Catherine R. Oechsle,    702 Rancocas Ave,    Hainesport, NJ  08036-3689
cr             ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company, LLC,    P.O. Box 62180,
                  Colorado Springs, CO  80962)
518433634      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX  79998-0000)
518433633       Bank Of Americ,    Att: John Sheerin, Esquire,    6851 Jericho Tpke Ste 220,
                  Syosset, NY  11791-4449
518433635       Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE  19899-8803
518433636      +Citicards Cbna,    Po Box 6241,    Sioux Falls, SD 57117-6241
518433638      +Ford Motor Credit,    Po Box 542000,    Omaha, NE 68154-8000
518433640       JD Wentworth Home Lending,    PO Box 77404,    Ewing, NJ  08628-6404
518433641       JPMCB Card Services,    PO Box 15369,    Wilmington, DE  19850-5369
518433642       Law Office Of Robert Gitmeid,    11 Broadway Ste 960,    New York, NY  10004-3110
518433644       PNC bank,    PO Box 3180,    Pittsburgh, PA  15230-3180
518433645      +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
518433650       TD Bank /Target,    PO Box 1470,    Minneapolis, MN  55440-1470
518433652     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Corp,    5005 N River Blvd NE,
                  Cedar Rapids, IA  52411-6634)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 22 2019 00:26:57      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 22 2019 00:26:53       United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518433637       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2019 00:26:41       Comenity Bank/Boscovs,
                  PO Box 182120,    Columbus, OH  43218-2120
518433639       E-mail/Text: bankruptcy.notices@hdfsi.com Oct 22 2019 00:27:21       Harley Davidson Credit,
                  PO Box 21829,    Carson City, NV  89721-1829
518433643       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 00:33:08       Lvnv Funding LLC,
                  c/o Resurgent Capital Svcs,    PO Box 1269,    Greenville, SC  29602-1269
518433646       E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 00:34:07       Syncb/Care Credi,    PO Box 965036,
                  Orlando, FL  32896-5036
518433647      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 00:33:28       Syncb/Jcp,    Po Box 965007,
                  Orlando, FL 32896-5007
518433648      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 00:33:28       Syncb/Sams Club,    Po Box 965005,
                  Orlando, FL 32896-5005
518439374      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 00:32:55       Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518433649       E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 00:32:55       Synchrony Networks,
                  PO Box 965036,    Orlando, FL  32896-5036
518433651       E-mail/Text: bankruptcy@td.com Oct 22 2019 00:26:59       TD Bank NA,    32 Chestnut St,
                  Lewiston, ME  04240-7744
518433653      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 22 2019 00:25:30
                  Verizon Wireless,    PO Box 650051,    Dallas, TX 75265-0051
                                                                                                TOTAL: 12
```

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                                        Signature: /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 21, 2019
                              Form ID: pdf905          Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    J.G.Wentworth Home Lending, LLC
               rsolarz@kmllawgroup.com
              Stephanie  Shreter    on behalf of Debtor Catherine R. Oechsle shreterecf@comcast.net,
               shreterlaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```